[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-13344
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 1, 2012
JOHN LEY
CLERK

D.C. Docket No. 4:10-cr-00071-RH-WCS-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SAMMY LAMY,
a.k.a. Sinmy Lamy

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(February 1, 2012)

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Sammy Lamy in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Lamy's conviction and sentence are **AFFIRMED.**